STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-57 consolidated with 04-30


STATE OF LOUISIANA

VERSUS

LARRY SURRATT


**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 66,513FA
HONORABLE JOHN LARRY VIDRINE, DISTRICT JUDGE

**********

**ULYSSES GENE THIBODEAUX**
**CHIEF JUDGE**

**********

Court composed of Ulysses Gene Thibodeaux, C.J., Glenn B. Gremillion, and John
B. Scofield, Judges.


                                                    **AFFIRMED.**

**Christopher Brent Coreil**
**District Attorney, 13th Judicial District Court**
**Trent S. Brignac**
**P. O. Drawer 780**
**Ville Platte, LA 70586**
**Telephone:  (337) 363-3438**
**COUNSEL FOR:**
     **Plaintiff/Respondent - State of Louisiana**

**Allen Bruce Rozas**
**P. O. Box 280**
**Mamou, LA 70554**
**Telephone:  (337) 468-5271**
**COUNSEL FOR:**
     **Defendant/Applicant - Larry Surratt**
**Marion B. Farmer**

**P. O. Box 1770**
**Covington, LA 70434**
**Telephone:  (985) 893-5260**
**COUNSEL FOR:**
> **Defendant/Applicant - Larry Surratt**

THIBODEAUX, Chief Judge.

For the reasons discussed in the consolidated case of *State of Louisiana v. Cynthia Anderson*, 04-30 (La.App. 3 Cir. ___/___/04), ___ So.2d ___, the judgment of the trial court is affirmed.

**AFFIRMED**.

1